No. 22-1742 and 22-1743

_____

In The United States Court Of Appeals
For The Sixth Circuit

_____

WILLIAM T. PHILLIPS,

Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

On Appeal from the United States District Court
For the Eastern District of Michigan, Detroit Division
Case No. 2:17-cr-20632-5, Hon. Stephen J. Murphy, III Presiding

_____

_____

**Motion for Extension of Time To
File Appellant's Brief**

_____

> Zachary Lee Newland
> Senior Litigation Counsel
> **Jeremy Gordon, P.L.L.C.**
> P.O. Box 2275
> Mansfield, TX 76063
> Tel: (972) 483-4865
> Email: zach@gordondefense.com
> https://gordondefense.com
> *Attorney for William Phillips*

Appellant William T. Phillips ("Mr. Phillips") respectfully seeks a three-day extension of time to file his appellant's opening brief this case. Mr. Phillips has submitted his brief this March 1, 2023. However, his prior deadline to submit said brief was February 27, 2023. Mr. Phillips asks that the Court allow him to submit his Appellant's Brief at this time to address the serious constitutional issues raised in this case on the merits.

Counsel for Mr. Phillips profusely apologizes for the delay in providing this brief to the Court.

## CONCLUSION

Mr. Phillips respectfully asks that this Court grant him an extension until March 1, 2023, to file his appellant's brief in this matter.

Respectfully submitted,

/s/ Zachary L. Newland
Zachary Lee Newland
Senior Litigation Counsel
**Jeremy Gordon P.L.L.C.**
P.O. Box 2275
Mansfield, Texas 76063
Tel: (972) 483-4865
E-mail: zach@gordondefense.com
Texas Bar: 24088967
https://gordondefense.com
*Attorney for William T. Phillips*

## CERTIFICATE OF COMPLIANCE

Rule 27 reads, "a motion or response to a motion produced using a computer must not exceed 5,200 words." This motion has 309 words.

>/s/ Zachary L. Newland
>Zachary Lee Newland

## CERTIFICATE OF SERVICE

I, Zachary Newland, certify that a true and correct copy of the foregoing was served this 1st day of March 2023 via CM/ECF on all counsel of record.

>/s/ Zachary L. Newland
>Zachary Lee Newland