In the
United States Court of Appeals
for the Sixth Circuit

William T. Phillips,

    Petitioner-Appellant,

                                            Case No. 22-1742 // 22-1743

v.

United States of America,

    Respondent-Appellee.
                                      /

## Motion for Extension of Time

The United States of America requests a 14-day extension of time within which to file its brief, to and including April 17, 2023. In support of this motion, counsel states the following:

1. The brief for the United States is currently due to be filed on April 3, 2023.

2. The undersigned did not handle the original district court case and additional time is required to research the issues and complete the government's brief.

3. Additional time is also needed to attend to other criminal litigation matters, which prevent the government from filing its brief by the current due date.

For these reasons, the United States seeks an extension of time for filing this brief to April 17, 2023.

                                      Respectfully submitted,

                                      Dawn N. Ison
                                      United States Attorney

                                      /s/ *Jessica V. Currie*
                                      Jessica V. Currie
                                      Assistant United States Attorney
                                      Eastern District of Michigan
                                      211 West Fort Street, Suite 2001
                                      Detroit, MI 48226
                                      (313) 226-9531
                                      Jessica.Currie@usdoj.gov

Dated: March 30, 2023

## Certificate of Service

I certify that on March 30, 2023, I electronically filed this Motion for Extension of Time with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of the filing to the following:

Zachary Newland
zack@gordondefense.com
ecf@gordondefense.com

/s/ Jessica V. Currie
Assistant United States Attorney