UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 25, 2023
DEBORAH S. HUNT, Clerk

Nos. 22-1742/1743

WILLIAM T. PHILLIPS,

    Petitioner-Appellant,

v.

UNITED STATES OF AMERICA,

    Respondent-Appellee.

Before: GUY, KETHLEDGE, and BUSH, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

    THESE CAUSES were heard on the record from the district court and were submitted on the briefs without oral argument.

    IN CONSIDERATION THEREOF, it is ORDERED that the judgments of the district court are AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk