## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 17, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 22-1742/22-1743, *William Phillips v. USA*
            Originating Case No. : 2:18-cr-20128-9 : 2:19-cv-12221

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                Sincerely yours,

                                s/Paris LaRon Robinson
                                for Jennifer Strobel, Case Manager

cc:  Ms. Jessica Vartanian Currie
      Mr. Zachary Lee Newland

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1742/22-1743

_____

Filed: July 17, 2023

WILLIAM T. PHILLIPS

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 05/25/2023 the mandate for this case hereby issues today.

COSTS:  None